AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

**FILED**
FEB 15 2018
, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Arturo CUELLAR Jr. | ) | Case No. M-18-0319-M |
| YOB: 1987 | ) | |
| U.S. Citizen | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 14, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | 18 USC 922 (g)(1) - Unlawful to possess a firearm which has previously traveled in or affected interstate commerce, after having been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

(See ATTACHMENT A as a continuation)

☑ Continued on the attached sheet.

Approved:
Robert Wells, Jr. AUSA
2/15/2018

_____
*Complainant's signature*

Steven Medrano - ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/15/18

_____
*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

City and state:  McAllen, Texas

AO 91 (Rev. 02/09) Criminal Complaint

# ATTACHMENT A

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Steven Medrano, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been a law enforcement officer for over seven years. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted of a felony crime to receive or possess a firearm, which has traveled in or affected interstate or foreign commerce. This criminal complaint is based on the following facts:

2. On Wednesday, February 14, 2018, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assisted the Drug Enforcement Administration (DEA) in executing a federal search warrant for documents and narcotics at 1205 East Maurer Street, Pharr, Texas 78577. The known residence of Arturo CUELLAR, Jr.

3. The search yielded one firearm, a SCCY, Model CPX-2, .9mm caliber pistol, S/N: 376280, one assault rifle magazine loaded with 30 rounds of .223 ammunition, and a box of ammunition containing approximately 18 rounds of .223 ammunition. The aforementioned firearm was loaded with a magazine containing 8 rounds of 9mm caliber ammunition and found in the master bedroom of the residence in a dresser drawer.

4. Your affiant conducted a criminal history check on CUELLAR and learned that CUELLAR has the following felony conviction:

• July 31, 2008, U.S. District Court, Southern District of Texas; 7:07CR01340-001 Offense: 18. USC 922 (g)(1) Felon in Possession of a firearm, Sentence: 57 months United States Bureau of Prisons.

5. During a post Miranda interview, CUELLAR admitted to possessing the aforementioned firearm and placing the firearm in the dresser drawer of his bedroom where it was located by law enforcement.

## ATTACHMENT A

6. Lastly, on February 14, 2018, ATF Resident Agent in Charge - Interstate Nexus Expert, examined the firearm seized as part of this investigation. RAC Noe Rangel concluded that the firearm did in fact travel in and affect interstate or foreign commerce.

_____
Steven Medrano - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____         2/15/18
J. Scott Hacker, U.S. Magistrate Judge                Date